**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-cv-2025 (APM) |
| U.S. DEPARTMENT OF JUSTICE et al. | ) ) ) | |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

Before the Court is a Complaint filed by Plaintiff American Oversight under the Freedom of Information Act ("FOIA") against Defendants U.S. Department of Justice ("DOJ"), U.S. Department of the Treasury ("Treasury"), U.S. Department of State ("State"), U.S. Department of Defense ("DOD"), U.S. Department of Health and Human Services ("HHS"), the Federal Communications Commission ("FCC"), and the Centers for Medicare and Medicaid Services ("CMS"). *See* Compl. (ECF No. 1).  The two FOIA requests that form the basis for this litigation were submitted on May 11, 2018. *Id.* at ¶¶ 13, 22.  The first request (the "Cohen/Lewandowski Request") was submitted to all Defendants and seeks records reflecting communications between political appointees at the Defendant agencies and Michael Cohen, Corey Lewandowski, or entities or individuals they are affiliated with. *Id.* at ¶ 13.  The second request (the "Cohen/AT&T Request") was submitted to Defendant FCC seeking records reflecting communications related to Michael Cohen and representatives of AT&T. *Id.* at ¶ 22.

1. Defendants DOJ, Treasury, State, DOD, HHS, and CMS have not yet produced records responsive to, or made any final determination regarding, the Cohen/Lewandowski Request.  In their November 16, 2018, Joint Status Report (ECF No. 10), the parties requested

1

additional time to meet and confer regarding search parameters and processing schedules. The Court granted this request by a Minute Order dated November 19, 2018.

  2. The parties met and conferred on November 7, 2018 to discuss the scope of agency searches. Plaintiff agreed to exclude certain categories of records from the agencies' review and further agreed to identify top priority offices or positions for each agency other than DOD and FCC.[1] Plaintiff provided its list of priority offices, positions, and individuals to counsel for Defendants via e-mail on November 14, 2018. With the exception of DOJ for which the list of priority offices or positions is still being discussed, those agency defendants included in the November 14, 2018 e-mail are agreeable to the list.[2] The parties intend to continue to meet and confer in an effort to agree to search parameters and processing schedules.

  3. Defendant FCC has represented that it has not identified any records responsive to the Cohen/Lewandowski Request and has produced 59 pages of records responsive to the Cohen/AT&T Request. Plaintiff has questions regarding FCC's searches and redactions of responsive records, and the parties plan to confer regarding these issues.

  4. The parties propose to file a further Joint Status Report no later than February 4, 2019, updating the Court on the parties' negotiations regarding search scope and a processing schedule.

---

[1] Plaintiff and DOD separately negotiated custodians prior to the commencement of this litigation. FCC has provided responses to Plaintiff, and the parties are discussing the adequacy of FCC's searches separately from the discussions governing how the other defendants will conduct their initial searches and reviews.

[2] The State Department believes based on initial test searches that it will be feasible to process the priority list of offices and individuals provided by American Oversight. However, if an unexpected number of records are returned by outstanding searches, it will approach American Oversight to discuss additional narrowing of the request.

Dated: December 17, 2018 Respectfully submitted,

*/s/ Elizabeth France*
Elizabeth France
D.C. Bar No. 999851
Daniel A. McGrath
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Denise M. Clark*
Denise M. Clark, D.C. Bar No. 479149
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6605
Denise.Clark@usdoj.gov

*Counsel for Defendants*